AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: MAG NO. 05-0561KSC |

JASON WONG
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>Friday, September 16, 2005 at 10:30 a.m. |

Petition on Action on Conditions of Pretrial Release:  BAIL REVIEW HEARING



**SEALED**
BY ORDER OF THE COURT

Sue Beitia
Name and Title of Issuing Officer

/s/Anna F. Chang          (SEAL)
Signature of Issuing Officer/Deputy Clerk

September 12, 2005
Date

9