PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

RECEIVED

'06 NOV -2 A11:57

U.S. PROBATION OFFICE
HONOLULU HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 2 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                      Criminal No. CR 05-00371-01

JASON WONG, also known as Steven Lee and Steven Souza

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 10/17/06, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

*Robin L. DeMello* (signature)

ROBIN L. DeMELLO
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 1st day of November, 2006.

*(signature)*

KEVIN S. C. CHANG
U.S. Magistrate Judge